IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE LUIS BERRÍOS-TRINIDAD,

     Plaintiff

        v.                    CIVIL NO. 08-1809 (JP)

CARLOS RUIZ-NAZARIO, et al.,

     Defendants

### FINAL JUDGMENT

Before the Court is the parties' joint motion submitting their confidential settlement agreement (No. 39).  Pursuant thereto, the Court hereby **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** Plaintiff's complaint and all claims asserted therein against all Defendants. The Court incorporates by reference the settlement agreement into this Judgment.  This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of May, 2009.

                        s/Jaime Pieras, Jr.
                         JAIME PIERAS, JR.
                 U.S. SENIOR DISTRICT JUDGE